Kimberly A. FORD–CLIFTON, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2011–3103.

United States Court of Appeals, Federal Circuit.

March 28, 2011.

ON MOTION

ORDER

Kimberly A. Ford–Clifton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

Jess W. WOOD, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7041.

United States Court of Appeals, Federal Circuit.

March 28, 2011.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Scott D. Austin, Department of Justice, Washington, DC, for Respondent–Appellee.

ON MOTION

ORDER

Upon consideration of Jess W. Wood's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.